FILED

2/12/2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____
                  DEPUTY

AUSA Castillo

# United States District Court

For the Western District of Texas

Austin Division

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| v. | § | |
| | § | Case Number:  1:20-MJ-129-ML |
| Walter Hercules-Mejia | § | |
| AKA: Walter Ivan Hercules; | § | |
| Ernesto Gamez-Tapia | § | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **May 3, 2018**, in the county of **Travis**, in the Western District of Texas, the defendant, **Walter Hercules-Mejia,** violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **May 3, 2018**, the defendant, an alien, was found in Travis County, Austin, Texas, with in the Western District of Texas. A deportation officer arrested and interviewed the defendant and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Honduras** on or about **October 28, 2014**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____
Signature of Complainant (S. Meade)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me pursuant to Fed. R. Crim P. 4.1 and 4(d)

**February 12, 2020**                                      Austin, Texas
_____   at   _____
Date                                                                        City and State

Mark Lane
United States Magistrate Judge
_____              _____
Name & Title of Judicial Officer                                Signature of Judicial Officer